# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hennessy, David H. | United States District Courts, District of Massachusetts | 08/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Donahue Federal Building, 595 Main Street, Worcester, MA 01608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | Interest | M | T | | | | | |
| 2. Bank of America Accounts | A | Interest | M | T | | | | | |
| 3. Capital One Accounts | A | Interest | K | T | | | | | |
| 4. Digital Federal Credit Union Account | A | Interest | J | T | | | | | |
| 5. IRA: Spectrum Advisor MAPS Strategic Aggressive Growth #1 | | | | | | | | | |
| 6. - Pershing Goverment Account | | None | J | T | Buy (add'l) | 11/05/15 | K | | |
| 7. | | | | | Redeemed (part) | 11/06/15 | J | | |
| 8. | | | | | Redeemed (part) | 11/09/15 | J | | |
| 9. | | | | | Redeemed (part) | 11/10/15 | J | | |
| 10. | | | | | Redeemed (part) | 11/24/15 | J | | |
| 11. - Harbor International Fund Investor Class | B | Dividend | L | T | | | | | |
| 12. - Harbor International Fund Institutional Class | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 13. - Homestead Vaule Fund | B | Dividend | L | T | Sold (part) | 11/03/15 | J | | |
| 14. - MFS International New Discovery Fund Class A | | None | | | Sold | 11/05/15 | J | | |
| 15. - MFS International New Discovery Fund Class I | A | Dividend | J | T | Buy | 11/06/15 | J | | |
| 16. - Northern Small Cap Value Fund | B | Dividend | K | T | Sold (part) | 11/03/15 | J | | |
| 17. - Oppenheimer Developing Markets Class A | | None | | | Sold | 11/03/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 19. - PIMCO Commodity Real Return Strategy Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 11/05/15 | J | | |
| 20. - T Rowe Price Blue Chip Growth | B | Dividend | K | T | Sold (part) | 11/03/15 | J | | |
| 21. - T Rowe Price New Horizons | B | Dividend | K | T | Sold (part) | 11/03/15 | J | | |
| 22. - Van Eck Global Hard Assets Fund Class Y | A | Dividend | J | T | Buy (add'l) | 11/05/15 | J | | |
| 23. - Virtus Real Estate Securities Fund Class A | B | Dividend | J | T | Sold (part) | 11/03/15 | J | | |
| 24. - Virtus International Real Estate Securities A | A | Dividend | J | T | | | | | |
| 25. IRA: Spectrum Advisor MAPS Strategic Aggressive Growth #2 | | | | | | | | | |
| 26. - Pershing Government Account | | None | J | T | Buy (add'l) | 11/05/15 | M | | |
| 27. | | | | | Redeemed (part) | 11/06/15 | M | | |
| 28. | | | | | Redeemed (part) | 11/10/15 | J | | |
| 29. - AMCAP Fund Class F-1 | C | Dividend | | | Sold | 11/03/15 | M | | |
| 30. - AMCAP Fund Class F-2 | D | Dividend | M | T | Buy | 11/05/15 | M | | |
| 31. - Dodge & Cox International Fund | B | Dividend | L | T | | | | | |
| 32. - Fidelity Advisor International Growth Fund Class I | A | Dividend | L | T | | | | | |
| 33. - Harbor International Fund Investor Class | | None | | | Sold | 11/03/15 | L | | |
| 34. - Harbor International Fund Institutional Class | B | Dividend | L | T | Buy | 11/05/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Homestead Value Fund | B | Dividend | L | T | Sold (part) | 11/03/15 | J | | |
| 36. - Keeley Small Cap Value Fund Class A | D | Dividend | L | T | | | | | |
| 37. - Lazard Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 38. - MFS International New Discovery Fund Class A | | None | | | Sold | 11/03/15 | K | | |
| 39. - MFS International New Discovery Fund Class I | A | Dividend | K | T | Buy | 11/05/15 | K | | |
| 40. - Northern Small Cap Value Fund | C | Dividend | L | T | Sold (part) | 11/03/15 | J | | |
| 41. - Oppenheimer Developing Markets Class A | | None | | | Sold | 11/03/15 | J | | |
| 42. - Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy | 11/05/15 | K | | |
| 43. - PIMCO Commodity Real Return Strategy Fund Institutional Class | A | Dividend | K | T | Buy (add'l) | 11/05/15 | J | | |
| 44. - T Rowe Price New Horizons | D | Dividend | L | T | Sold (part) | 11/03/15 | J | | |
| 45. - Van Eck Global Hard Assets Fund Class Y | A | Dividend | K | T | Buy (add'l) | 11/05/15 | J | | |
| 46. - Vanguard Windsor II Fund Admiral Shares | D | Dividend | L | T | Sold (part) | 11/03/15 | J | | |
| 47. - Virtus Real Estate Securities Fund Class A | C | Dividend | K | T | Sold (part) | 11/03/15 | J | | |
| 48. - Virtus International Real Estate Securities A | A | Dividend | K | T | | | | | |
| 49. American Funds Non-Retirement #2 | | | | | | | | | |
| 50. - AF Short-Term Tax-Exempt Bond Fund-A | A | Dividend | K | T | | | | | |
| 51. - AMCAP Fund-A | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Balanced Fund-A | A | Dividend | J | T | | | | | |
| 53. - American Funds Money Market Fund-A | | None | | | Redeemed (part) | 01/14/15 | J | | |
| 54. | | | | | Redeemed (part) | 01/14/15 | J | | |
| 55. | | | | | Redeemed (part) | 01/14/15 | J | | |
| 56. | | | | | Redeemed (part) | 01/14/15 | J | | |
| 57. | | | | | Redeemed | 06/16/15 | K | | |
| 58. - American High-Income Muni Bond Fund-A | A | Dividend | J | T | | | | | |
| 59. - The Bond Fund of America-A | A | Dividend | J | T | | | | | |
| 60. - Capital World Bond Fund-A | A | Dividend | J | T | | | | | |
| 61. - The Growth Fund of America-A | B | Dividend | K | T | | | | | |
| 62. - The Income Fund of America-A | A | Dividend | J | T | | | | | |
| 63. - Intermediate Bond Fund of America-A | A | Dividend | J | T | | | | | |
| 64. - Ltd. Term Tax-Ex Bond Fund of America-A | A | Dividend | K | T | | | | | |
| 65. - New World Fund-A | A | Dividend | K | T | | | | | |
| 66. - Small Cap World Fund-A | C | Dividend | K | T | | | | | |
| 67. - U.S. Government Securities Fund-A | A | Dividend | J | T | | | | | |
| 68. - Washington Mutual Investors Fund-A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Funds Education #3 | | | | | | | | | |
| 70. - AMCAP Fund-529A | C | Dividend | K | T | Sold (part) | 11/02/15 | K | | |
| 71. - American Balanced Fund-529A | A | Dividend | K | T | Buy (add'l) | 11/02/15 | J | | |
| 72. - American Funds Money Market Fund-529A | | None | J | T | Buy | 06/16/15 | K | | |
| 73. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 74. | | | | | Redeemed (part) | 07/09/15 | J | | |
| 75. | | | | | Redeemed (part) | 07/09/15 | J | | |
| 76. | | | | | Redeemed (part) | 11/23/15 | K | | |
| 77. | | | | | Redeemed (part) | 11/23/15 | J | | |
| 78. - The Bond Fund of America-529A | A | Dividend | | | Sold | 11/02/15 | J | | |
| 79. - Capital World Growth and Income-529A | A | Dividend | J | T | | | | | |
| 80. - Europacific Growth Fund-529A | | None | | | Sold | 06/16/15 | J | | |
| 81. - The Income Fund of America-529A | A | Dividend | K | T | Buy | 11/02/15 | K | | |
| 82. - The Investment Company of America-529A | B | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |
| 83. | | | | | Sold (part) | 11/02/15 | J | | |
| 84. | | | | | Sold (part) | 11/02/15 | J | | |
| 85. - New World Fund-529A | A | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Short-Term Bond Fund of America-529A | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 87.   - SMALLCAP World Fund-529A | | None | | | Buy (add'l) | 01/14/15 | J | | |
| 88. | | | | | Sold | 06/16/15 | K | | |
| 89.   - U.S. Government Securities Fund-529A | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 90.   - Washington Mutual Investors Fund-529A | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 91.   American Funds Education #4 | | | | | | | | | |
| 92.   - AMCAP Fund-529A | A | Dividend | J | T | Sold (part) | 11/02/15 | J | | |
| 93.   - American Balanced Fund-529A | B | Dividend | K | T | Sold (part) | 11/02/15 | J | | |
| 94.   - American Funds Money Market Fund-529A | | None | K | T | Redeemed (part) | 07/13/15 | J | | |
| 95. | | | | | Redeemed (part) | 07/13/15 | J | | |
| 96. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 97. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 98. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 99. | | | | | Redeemed (part) | 12/11/15 | J | | |
| 100. | | | | | Redeemed (part) | 12/11/15 | J | | |
| 101.   - The Bond Fund of America-529A | A | Dividend | | | Sold (part) | 07/13/15 | J | | |
| 102. | | | | | Sold (part) | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/02/15 | J | | |
| 104.  - The Income Fund of America-529A | B | Dividend | K | T | Sold (part) | 11/02/15 | J | | |
| 105.  - The Investment Company of America-529A | A | Dividend | J | T | Sold (part) | 11/02/15 | J | | |
| 106.  - Short-Term Bond Fund of America-529A | A | Dividend | K | T | Buy (add'l) | 11/02/15 | J | | |
| 107.  - SMALLCAP World Fund-529A | | None | | | Sold | 11/02/15 | J | | |
| 108.  - U.S. Government Securities Fund-529A | A | Dividend | K | T | Buy (add'l) | 11/02/15 | J | | |
| 109. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 110.  American Funds Education #5 | | | | | | | | | |
| 111.  - American Funds Money Market Fund-529A | | None | K | T | Redeemed (part) | 05/05/15 | J | | |
| 112. | | | | | Redeemed (part) | 05/05/15 | J | | |
| 113. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 114. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 115. | | | | | Redeemed (part) | 07/24/15 | K | | |
| 116. | | | | | Redeemed (part) | 07/24/15 | J | | |
| 117. | | | | | Redeemed (part) | 11/20/15 | K | | |
| 118. | | | | | Redeemed (part) | 11/20/15 | J | | |
| 119. | | | | | Buy (add'l) | 11/23/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **David H. Hennessy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544